SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**PETER D. SAX**
Assistant United States Attorney
Peter.Sax@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:23-cr-00408-IM-10 |
| v. | **GOVERNMENT'S SENTENCING MEMORANDUM** |
| **VICTOR SOCORRO CORTES-VELASCO,** | |
| **Defendant.** | |

The government recommends a sentence of 37 months' imprisonment.

## **BACKGROUND**

On November 30, 2023, as part of a larger investigation conducted by the DEA, investigators stopped defendant's black 2012 Dodge Durango as it headed north on I-5, in Lane County, Oregon. Defendant was the driver and sole occupant of the vehicle. DEA searched the vehicle pursuant to a federal search warrant and recovered 29 pounds of methamphetamine

hidden in the gas tank.  Photographs of the interior access to the gas tank, and the drugs recovered from inside the tank are below:



/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**Government's Sentencing Memorandum**  **Page 2**





Wiretap intercepts and surveillance revealed defendant acted at the direction of another to knowingly transport the methamphetamine in his vehicle from California to Oregon, in furtherance of a drug trafficking conspiracy.

Defendant was subsequently arrested and indicted. On December 8, 2025, defendant pleaded guilty to Count 1 of the Indictment, charging him with being a member of a conspiracy to possess with intent to distribute and to distribute 500 grams or more of a mixture or substance containing methamphetamine, in violation of 21 U.S.C. Section 846. The parties executed a plea agreement whereby the government will recommend the low-end of the applicable guidelines range and defendant may ask for a further downward variance.

## GOVERNMENT'S SENTENCING RECOMMENDATION

The government agrees with the calculations in the PSR, including a base offense level of 30, a 2-level reduction for safety valve, a 4-level courier reduction, and a 3-level reduction for defendant's acceptance of responsibility (PSR ¶¶ 45-48, 52-53). As set forth in the plea agreement, the government also recommends a 1-level downward variance under Section 3553(a). With all adjustments, defendant has a total offense level of 20. At criminal history category II, this results in an advisory guidelines range of 37-46 months' imprisonment. Here, the government recommends a sentence of 37 months' imprisonment. A 37-month sentence is warranted given the significant quantity of methamphetamine involved, the damage to the community caused by defendant helping to fuel a drug addiction epidemic, and the need to deter other people who are considering transporting illegal drugs from California to Oregon. The government's sentencing recommendation also takes into consideration defendant's lower-level position in a much larger conspiracy and the limited benefit he received for his criminal conduct.

///

**CONCLUSION**

      To deter defendant from engaging in future crime, and to protect the community from defendant's illegal activity, the government recommends a sentence of 37 months' imprisonment and a $100 fee assessment. Such a sentence, followed by 5 years of federal supervised release, will provide punishment for the defendant and protect the community, while also satisfying the requirement of 18 U.S.C. § 3553(a), as a "sentence sufficient, but not greater than necessary" to meet the purposes of § 3553(a)(2).

Dated: March 4, 2026.                                           Respectfully submitted,

                                                                             SCOTT E. BRADFORD
                                                                             United States Attorney

                                                                             */s/ Peter D. Sax*
                                                                             PETER D. SAX
                                                                             Assistant United States Attorney